Rev. 6/03

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Pro se [Non-prisoner] Complaint Form

FILED MAY 12 2014

Jeffrey Allen
(Your Name)
Plaintiff,

v.

1) Roehl Transport Inc.
2) Adam Binder Trans FIT Mgr
3) Mitch LeGrand Ops Mgr
4) Bob Doe Fleet Mgr.

Defendant(s).

Civil Action No. 14CV392
(to be assigned by the Clerk)

## COMPLAINT

I. JURISDICTION

Defamation of Character, Retaliation, Discrimination, Refusal of Right to work.

II. PARTIES

A. Plaintiff

Name of Plaintiff: Jeffrey Allen

Address: P.O Box 11514

Durham NC 27703

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.) 1) Roehl Transport Inc and employees

Name of Defendant: 2) Adam Binder (Trans FIT Mgr) 3) Mitch LeGrand (Ops Mgr)
4) Bob Doe? (FIT Mgr) Army
Army Retired

Current Address: 1916 E 29th St.
Marsh Field WI 54449

Case 1:14-cv-00392-CCE-JLW   Document 2   Filed 05/12/14   Page 1 of 6

C. Additional Defendants (please provide the same information for each defendant as listed in Item B above):

1) Roehl Transport Inc
2) Adam Binder Training Fleet Mgr.
3) Mitch LeGrand Ops Mgr.
4) Bob Doe Fleet Mgr.

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. **DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES**. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

After complaining to Adam Binder about Bob's statements made about new drivers having to take showers and can't run loads at a pay scale meeting with all venture drivers excluding myself. Along with me asking Adam for a new Fleet Mgr. Due to him giving me early and late assignments on loads and sobotazing my home time. In addition taking loads from me and by Bob words quote assigning it to his man getting him home every Friday, as I find out after meeting him in Greensboro NC while Transfering a load to him. This Transfering driver states to me Bob's a good guy he gets me home every Friday Greensboro NC to my kids.

III. STATEMENT OF CLAIM - continued.

However this Driver that Lives in Greensboro NC stated to me that Bob's is a Good Guy because he always gets me home to my kids and because your leaving the company now there will be giving me your new truck. But since I complained to Fleet Management about Bob's bad acts on new drivers sending me on bougast Loads a day late or day early matters only got worst. On thanksgiving Nov 2012, I wasn't sent home as requested Two days before thanks giving to (I Reminded him) travel with family, However sitting waiting for a load got sent to philedelA P.A, then back to chicago waiting 2 days after my request. When I asked why he stated again he didn't know. However I felt like I didn't matter since his Boss Adam stated to me been here 10 years he knows what hes doing. So after knowing this company doesn't really care about my concerns nor me being set back from making $1300.00 a week to barley $400.00 wkly. On my home time prior I filled out

and application for another trucking company by the name of Averitt Trucking of Morrisville NC. Roehl Transport black balled my name stating I abandonted a load and truck, had the truck at an unathorized area and at the time was residing in Wilmington NC. So Averitt Trucking refused to employe me. Also when I was injured on the job with a lower back strain (they) Roehl Transport called the workers comp representive stating I wasn't keeping them updated when I have been leaving messeages, due to the fact Roehl employeds rarely answer the phone at peak hours. Then when I get back to work barley making $400.00 a week Roehl doubles up on my child support payment after I had a planned trip to take my kids on a cruse, with no explantation why they did it. So upset with the grief I look to Averitt Trucking to escape but got black balled.

This I know is against the law due to the fact a lead person or employee cannot downgrade or communicate any employee lesser or greater, Also if and employee complains about a managers behavior and feels like he is abusing his authority and request a matter to be changed shouldn't be forceed to work again with him even when we talked man to man with no recorurse to an employees complaints. Rellay I can write more but by this time Im sure your confused and might misunderstood thing just like myself. I'd like a jury to have my case if the reader doesnt see I was chocked off the payroll. I like to add what was said when I resigned, quote if I quit we going to put in you abandont the truck and they did. After Mr. Legrand stated you don't work here any longer.

IV. RELIEF

State briefly and exactly what relief you want from this court.

I've ask the company attorney after he contacted me to erase the record of me abandoning a load and truck pay $53,000 for blackballing my name. The attorney stated he was thinking about $2000, to $3000 to drop my case with the EEOC for $1 million. I never heard back from this attorney after he stated he would consider my request.

Signed this 8 day of MAY, 20 14.

_____
Signature of plaintiff

P.O Box 11514
Address

Durham NC 27703

919-685-7909
Telephone number